158 A.3d 568

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DEBRA A. AQUILINA (A/K/A DEBRA LUDVIK, DEBRA SAKEVICH, DEBRA VITARO, DEBRA AQYUKUBA), DEFENDANT–PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. MARK AQUILINA, DEFENDANT.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2184/2886–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.